09-3130-cv
Syrkin v. State University of New York

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

# <u>SUMMARY ORDER</u>

R<small>ULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT</small>. C<small>ITATION TO A SUMMARY ORDER FILED</small> <small>ON OR AFTER</small> J<small>ANUARY</small> 1, 2007, <small>IS PERMITTED AND IS GOVERNED BY</small> F<small>EDERAL</small> R<small>ULE OF</small> A<small>PPELLATE</small> P<small>ROCEDURE</small> 32.1 <small>AND THIS COURT'S</small> L<small>OCAL</small> R<small>ULE</small> 32.1.1. W<small>HEN CITING A SUMMARY ORDER IN A</small> <small>DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE</small> F<small>EDERAL</small> A<small>PPENDIX OR AN</small> <small>ELECTRONIC DATABASE</small> (<small>WITH THE NOTATION</small> "<small>SUMMARY ORDER</small>"). A <small>PARTY CITING A SUMMARY ORDER MUST</small> <small>SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.</small>

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 19th day of March, two thousand ten.

PRESENT: DENNIS JACOBS,
          <u>Chief Judge</u>,
    GERARD E. LYNCH,
          <u>Circuit Judge,</u>
    JANE A. RESTANI<sup>*</sup>,
          <u>Judge</u>.

- - - - - - - - - - - - - - - - - - -X

MARK SYRKIN,
    <u>Plaintiff Appellant</u>,

    -v.-                        09-3130-cv

STATE UNIVERSITY OF NEW YORK, ROBERT L. KING, in his official capacity as Chancellor of the State University of New York, and/or his successor(s), and JOHN W. CRAINE, JR., in his official capacity as President or Interim President of the State University of New York Maritime College, and/or his successor(s),
    <u>Defendants-Appellees</u>.

- - - - - - - - - - - - - - - - - - -X

---

<sup>*</sup> The Honorable Jane A. Restani, Chief Judge of the United States Court of International Trade, sitting by designation.

**APPEARING FOR APPELLANT:**  JAMES M. MALONEY, Law Office of James M. Maloney, Port Washington, NY.

**APPEARING FOR APPELLEES:**  KAREN SCHOEN (Barbara D. Underwood, Benjamin N. Gutman, Ann P. Zybert on the brief) on behalf of Andrew M. Cuomo, Attorney General of the State of New York, New York, NY.

Appeal from a judgment of the United States District Court for the Eastern District of New York (Block, J.).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment of the district court be **AFFIRMED.**  We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

This Court reviews the district court's grant of summary judgment de novo.  See Young v. County of Fulton, 160 F.3d 899, 902 (2d Cir. 1998).  In doing so, this Court is required to construe the evidence in the light most favorable to the non-moving party and to draw all reasonable inferences in its favor.  See Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 255 (1986).

We affirm the district court's grant of summary judgment to defendants Robert King and John Craine for substantially the same reasons stated by the district court in its September 8, 2008 opinion.  The district court had

2

previously granted the State University of New York's ("SUNY") motion for summary judgment on the ground that plaintiff Mark Syrkin's complaint was not timely. As the Title VII claim against SUNY is based on the same facts and decided under the same standard as the Section 1983 claims against King and Craine, we need not decide the timeliness issues; instead we affirm the district court's grant of summary judgment for SUNY on the alternative merits grounds as stated in the September 8, 2008 opinion. See Feingold v. New York, 366 F.3d 138, 159 (2d. Cir 2004) ("The elements of one are generally the same as the elements of the other and the two must stand or fall together."); Abdu-Brisson v. Delta Air Lines, Inc., 239 F.3d 456, 466 (2d Cir. 2001) ("[W]e may affirm a grant of summary judgment for different reasons than those relied upon by the district court.").

Finding no merit in Syrkin's remaining arguments, we hereby **AFFIRM** the judgment of the district court.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, CLERK

3